U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 NOV 14 P 2: 52

STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Case No. _____

[26 U.S.C. § 7201]

**18-CR-208**

JOHN MILLER RAGLAND,

        Defendant.

## INDICTMENT

**THE GRAND JURY CHARGES**:

On or about the dates indicated below, in the State and Eastern District of Wisconsin,

**JOHN MILLER RAGLAND,**

who during the years 2010 through 2013 was married and a resident of Menomonee Falls, Wisconsin, willfully and knowingly attempted to evade and defeat a large part of the income tax due and owing by him and his wife to the United States of America for the years 2010 through 2013, by preparing and filing with the Internal Revenue Service a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, for each of those years. On these returns, Ragland reported that he and his wife had taxable income and total tax owed to the United States in the amounts stated below. In fact, as Ragland knew, he and his wife had taxable income for each year in the amounts indicated below that was greater than the amounts reported on the returns and that, as a result, Ragland and his wife actually owed income taxes, including self-employment taxes, to

the United States, in the following amounts that were substantially greater than Ragland reported and paid.

| Count | Date | Tax Year | Reported Taxable Income | Reported Total Tax | Correct Taxable income | Correct Total Tax |
|-------|------|----------|------------------------|-------------------|----------------------|------------------|
| One | October 15, 2011 | 2010 | $146,563 | $46,558 | $582,978 | $203,474 |
| Two | October 8, 2012 | 2011 | $49,165 | $19,946 | $566,928 | $196,394 |
| Three | October 8, 2013 | 2012 | $41,092 | $17,021 | $849,738 | $302,544 |
| Four | October 15, 2014 | 2013 | $43,076 | $15,866 | $629,222 | $154,986 |

All in violation of Title 26, United States Code, Section 7201.

███████████
Foreperson

11-14-2018
Date

MATTHEW D. KRUEGER
United States Attorney