UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

  v.                              Case No. 18-CR-208

JOHN MILLER RAGLAND,

          Defendant.

---

**NOTICE OF INTENT TO INTRODUCE FOREIGN EVIDENCE**

---

      The United States of America, by its attorneys, Matthew D. Kruger, United States Attorney for the Eastern District of Wisconsin, and Matthew L. Jacobs, Assistant United States Attorney, hereby provides written notice of its intention to offer in evidence at the trial or other proceedings in the above-caption case foreign records and documents pursuant to Title 18, United States Code, Sections 3491 and 3505 and Rules 803(8) and 902(3) of the Federal Rules of Evidence.

      These documents and records consist of materials produced by the Business Registration Office for the Hong Kong Special Administrative Region for the People Republic of China, the Companies Registry for the Hong Kong Special Administrative Region, the Hongkong and Shanghai Banking Corporation ("HSBC"), and Jiangmen Glory Faith PCB Limited ("Glory Faith"), including the translated and transcribed testimony of past and current representatives of HSBC and Glory Faith.

      Copies of these documents and records, along with any applicable certifications, will be provided to the defendant as part of the discovery material in this case.

Dated at Milwaukee, Wisconsin this 15th day of November, 2018.

                                                 MATTHEW D. KRUEGER
                                                 United States Attorney

By:

                                                 MATTHEW L. JACOBS
                                                 Assistant United States Attorney
                                                 Eastern District of Wisconsin
                                                 517 E. Wisconsin Ave.
                                                 Milwaukee, WI 53202
                                                 State Bar No.: 1017227
                                                 (414) 297-1700
                                                 Facsimile: (414) 297-1738
                                                 Matthew.Jacobs2@usdoj.gov