# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**JOHN MILLER RAGLAND**

**ARRAIGNMENT AND PLEA MINUTES**

CASE NUMBER **18-CR-208**

---

HONORABLE **NANCY JOSEPH**, presiding
Deputy Clerk: **Becky Ray**
Hearing Held: **December 12, 2018 at 10:00 AM**

Court Reporter: Liberty
Hearing Began: 10:04:55 AM
Hearing Ended: 10:12:58 AM

**Appearances:**

UNITED STATES OF AMERICA by: **Matthew Jacobs**
**John Miller Ragland**, in person, and by: **Kathleen Quinn**
U.S. PROBATION OFFICE by: **Jennifer Garstka**
INTERPRETER: ☑ None ☐ Sworn

☐ CJA ☐ FDS ☑ RET

---

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☐ Felony

| | | |
|---|---|---|
| Speedy Trial Date: February 20, 2019 | District Judge: Pamela Pepper | |
| Plea Deadline: | | |
| Final Pretrial Report | Magistrate Judge: David E. Jones | |
| Final Pretrial Conf.: January 23, 2019 at 1:30 PM | Motions Due: December 27, 2018 | |
| Jury Trial Date: February 11, 2019 at 8:30 AM | Responses Due: January 7, 2019 | |
| Trial Length Estimate: 1 week | Replies Due: January 14, 2019 | |

---

☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ per month
☑ Defendant advised of charges, penalties, and fines

☑ Copy of indictment received by defendant

  ☐ Indictment read   ☐ defendant waives reading

☑ Not guilty plea entered by:

  ☑ defendant   ☐ the court

☑ Open file policy applies
  Discovery available: last week
  ☐ Court discussed availability for
    incarcerated defendants
☑ Government to disclose grand jury materials
  one day prior to trial

☐ Case designated complex

☐ Scheduling conference:
  before Magistrate Judge David E. Jones

---

<u>Maximum Penalties:</u>
Counts 1-4 – As to each count, 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special
assessment

GOVT agrees with the proposed terms of release.  Important to surrender passport.

DEFENSE will surrender passport after hearing.  Agrees with PTS recommendation.

COURT releases deft on O/R bond.  Deft to surrender passport. Travel is restricted to ED-WI and Middle and
Southern Districts of Florida.

**Bond Status:**

☑        Defendant is released on:     ☑ O/R bond

                                                       ☑ *See* Order Setting Conditions of Release

DEFENSE notes the relevant discovery was received last week and is quite voluminous. Defense intends to request a slight amendment to the motion schedule.

COURT directs defense to bring the motion to Judge Jones' attention.